(120 App. Div. 728)

In re HERTLE et al., Commissioners of Accounts (three cases).

(Supreme Court, Appellate Division, First Department. July 15, 1907.)

Appeal from Trial Term, New York County.

In the matter of applications of John C. Hertle and another, commissioners of accounts of the city of New York, for warrants for the arrest and commitment to jail of George R. Olney, George F. Scannell, and William H. Walker. From the orders and warrants of commitment, George R. Olney, George F. Scannell, and William H. Walker appeal. Affirmed.

Argued before INGRAHAM, McLAUGHLIN, CLARKE, HOUGHTON, and LAMBERT, JJ.

Martin W. Littleton, for appellants.

Terence Farley, for respondents.

McLAUGHLIN, J. Olney, Scannell, and Walker were called as witnesses by the commissioners of accounts of the city of New York, who were investigating the office of the president of the borough of Manhattan. They were subordinates in that office; Scannell being the superintendent of highways, Walker superintendent of supplies, and Olney the chief examiner of highways. After each had been sworn, certain questions were propounded, which each refused to answer, and thereupon proceedings were taken which resulted in a warrant committing each to jail for refusing to answer the questions put to him, and directing that he there remain until he submitted to answer such questions, unless in the meantime he were discharged according to law, and each has separately appealed.

The order and warrant of commitment in each proceeding should be affirmed, with $10 costs and disbursements, for the reasons stated in the opinion delivered in. Matter of the Application of John G. Hertle and Another, Commissioners, etc., for a Warrant for the Arrest and Commitment. to Jail of John F. Ahearn (decided herewith) 105 N. Y. Supp. 765.

INGRAHAM, CLARKE, and HOUGHTON, JJ., concur. LAMBERT, J., dissents.